# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BEAUFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FUNICELLO, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:07cv01521 LJO DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |

　　　Plaintiff Clarence Beauford ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed his complaint pursuant to 42 U.S.C. § 1983 on October 18, 2007. Pursuant to the Court's order dismissing the complaint with leave to amend, he filed a second amended complaint on June 25, 2008. Review of the second amended complaint reveals that Plaintiff's civil rights case does not involve the conditions of his confinement.

　　　Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

　　　No scheduling conference should be set at this time.


　　　IT IS SO ORDERED.

　　　Dated:   **January 29, 2009**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1