# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BEAUFORD, | 1:07cv01521 LJO DLB |
| Plaintiff, | ORDER TRANSFERRING ACTION |
| v. | |
| FUNICELLO, et al., | |
| Defendants. | |

Plaintiff Clarence Beauford ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed his complaint pursuant to 42 U.S.C. § 1983 on October 18, 2007. Pursuant to the Court's order dismissing the complaint with leave to amend, he filed a second amended complaint on June 25, 2008.

Review of the second amended complaint reveals that the events Plaintiff complains of occurred in Los Angeles, which is within the Central District.[1] "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Accordingly, because the events took place in Los Angeles and the named defendants are members of the Los Angeles Police Department, the Court ORDERS the case TRANSFERRED to the United States Court for the Central District of California.

IT IS SO ORDERED.

Dated: **January 29, 2009**         /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The second amended complaint has not yet been screened pursuant to 28 U.S.C. 1915A(a)

1